UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEANETTE ESCOBAR,

        Plaintiff,

-against-

ANDREW SAUL, COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,

        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/29/2022_

20 Civ. 9653 (AT) (KHP)

**ORDER**

ANALISA TORRES, District Judge:

    Having received no objections to the Report and Recommendation (the "R&R"), ECF No. 31, of the Honorable Katharine H. Parker, the Court reviewed the R&R for clear error and found none. *Santiago v. Colvin*, No. 12 Civ. 7052, 2014 WL 1092967, at *1 (S.D.N.Y. Mar. 17, 2014).

    The Court, therefore, ADOPTS the R&R in its entirety. Accordingly, the Social Security Administration should approve and effectuate a payment of $18,298 to Plaintiff's counsel pursuant to a contingency fee agreement, *see* 42 U.S.C.S. § 406(b)(1); Fed. R. Civ. P. 54(d)(2)(B), and Plaintiff's counsel shall return the previously awarded $8,413 he received pursuant to the Equal Access to Justice Act after receiving the award under § 406(b)(1).

    The Clerk of Court is directed to terminate the motion at ECF No. 26.

    SO ORDERED.

Dated: September 29, 2022
       New York, New York

                                                 ANALISA TORRES
                                          United States District Judge